ROYAL ITALIAN GOVERNMENT, Appellant, v. THE INTERNATIONAL COMMITTEE OF YOUNG MEN'S CHRISTIAN ASSOCIATIONS, Respondent.— Action to recover moneys alleged to have been advanced on behalf of defendant in connection with providing the cost of transportation of supplies belonging to defendant on various steamships sailing from New York city to Italy. Judgment and order dismissing the complaint, on the ground that the cause of action set forth in the complaint did not accrue within the time limited by law for the commencement of an action thereon, unanimously modified by striking out the provision for costs, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

RICHARD L. BLUM and Another, as Executors, etc., of ERNEST S. BLUM, Deceased, Appellants, v. MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Respondent. — Action to recover the proceeds of a policy of insurance issued on the life of Ernest S. Blum by defendant, on November 11, 1897, in the sum of $10,000. The policy called for twenty premium payments. The testator paid all of the premiums and, after 1917, the policy was continued as a fully paid-up policy for $10,000. In February, 1930, plaintiffs' testator borrowed $6,782 on the security of the policy. On November 11, 1930, the due date of the loan, there was accrued interest on the loan of $307.70. Testator failed to pay the loan and died January 20, 1931. The loan, with interest, amounts to $7,089.70, and defendant has computed the total cash surrender value of the policy on the due date of the loan to be $7,259.70, leaving a net balance or equity of $170 payable to the insured in cash. Judgment, in so far as it fails to award plaintiffs the amount demanded in the complaint, and order, denying plaintiffs' motion for summary judgment, in so far as it fails to award to plaintiffs more than the sum of $170 and interest, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

ISADORE SHAPIRO, Respondent, v. ALI HOLDING CORPORATION, Appellant.— Action for personal injuries sustained by plaintiff, an invitee, while he was descending certain steps leading to the boiler room of premises Nos. 118–128 Post avenue, New York city, owned and operated by defendant. Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.